# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:18CR3164 |
| v. | ) | |
| RYAN ANDREW LARSON, | ) | ORDER |
| Defendant. | ) | |

After a hearing held pursuant to F.R. Crim. P. 32.1(c) and 18 U.S.C. § 3583,

IT IS ORDERED that the conditions of supervised release are amended to add the following requirement:

You must reside in a residential reentry center (RRC) for a period of up to 180 days in the correctional component, to commence at the direction of the probation officer, and you must observe the rules of that facility. You may be discharged earlier than 180 days by the probation officer, if you are determined to be in full compliance with the conditions of supervision.

DATED this 28th day of March, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge